Bobby C. Walker
California Bar No. 321788
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181 x149
Facsimile: (630) 575-8188
bwalker@sulaimanlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEWTON J. RICARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>　　　　　Defendant. | Case No. 2:22-cv-04368-SB-SK<br><br>**PLAINTIFF'S NOTICE OF ACCEPTANCE OF MIDLAND CREDIT MANAGEMENT, INC.'S RULE 68 OFFER OF JUDGMENT** |

　　　　PLEASE TAKE NOTICE that on September 6, 2022, Plaintiff caused to be filed with the Clerk of the U.S. District Court of the Central District of California his Notice of Acceptance of Midland Credit Management, Inc.'s Federal Rule of Civil Procedure 68 Offer of Judgment, a copy of which is attached as Exhibit A.  The issue of attorneys' fees and costs remain pending.

Respectfully submitted this 6th day of September 2022.

　　　　　　　　　　　　　　　　　　　　s/ Bobby C. Walker
　　　　　　　　　　　　　　　　　　　　Bobby C. Walker

1

California Bar No. 321788
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
(630) 575-8181 x120
bwalker@sulaimanlaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

s/ Bobby C. Walker