UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| NEWTON J. RICARD,<br><br>    Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>    Defendant. | Case No. 2:22-cv-04368-SB-SK<br><br>JUDGMENT |

    Pursuant to Fed R. Civ. P. 68, judgment is hereby entered in favor of Plaintiff Newton J. Ricard and against Defendant Midland Credit Management, Inc. in the amount of $2,100.00, excluding attorney's fees and costs.

IT IS SO ORDERED.

Dated: September 8, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge

1