Bobby C. Walker
California Bar No. 321788
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181 x149
Facsimile: (630) 575-8188
bwalker@sulaimanlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEWTON J. RICARD,<br><br>    Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.<br><br>    Defendant. | Case No. 2:22-cv-04368-SB-SK<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE NEWTON J. RICARD ("Plaintiff"), hereby notifies the Court that the Plaintiff and Defendant, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice with 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

1

Respectfully submitted this 3rd day of October 2022.

                                            s/ Bobby C. Walker
                                            Bobby C. Walker
                                            State Bar No. 331788
                                            Sulaiman Law Group, Ltd.
                                            2500 S. Highland Avenue, Suite 200
                                            Lombard, IL 60148
                                            Phone: (630) 575-8181
                                            Fax: (630) 575-8188
                                            bwalker@sulaimanlaw.com
                                            *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

                                            s/ Bobby C. Walker
                                            Bobby C. Walker